# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case Number: | |
|---|---|---|
| G.M. Sign, Inc., an Illinois corporation, individually, and as the representative of a class of similarly-situated persons, v. Metal Resources, Inc. | Judge | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Metal Resources, Inc.**

FILED: AUGUST 28, 2008
08CV4919
JUDGE MANNING
MAGISTRATE JUDGE KEYS
NF

NAME (Type or print)
James J. Sipchen

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/James J. Sipchen

FIRM Pretzel & Stouffer, Chartered

STREET ADDRESS One South Wacker Drive, Suite 2500

CITY/STATE/ZIP Chicago, IL 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6226113 | (312)346-1973 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐