# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case Number: | 08 CV 4919 |
|---|---|---|
| G.M. Sign, Inc., an Illinois corporation, individually, and as the representative of a class of similarly-situated persons, v. Metal Resources, Inc. | Judge Manning<br>Magistrate Judge Keys | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Metal Resources, Inc.**

NAME (Type or print)
Matthew F. Tibble

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
  s/Matthew F. Tibble

FIRM  Pretzel & Stouffer, Chartered

STREET ADDRESS  One South Wacker Drive, Suite 2500

CITY/STATE/ZIP  Chicago, IL 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282175 | (312)346-1973 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐ NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant, Metal Resources, Inc.'s Appearance of Matthew F. Tibble, was filed electronically this 28th day of August, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by U.S. Mail (only where indicated below). Parties may access this filing through the Court's electronic system.

Brian J. Wanca
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
bwanca@andersonwanca.com

Phillip A. Bock
Bock & Hatch, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602

s/ James J. Sipchen
James J. Sipchen  (IL Bar No. 6226113)
Matthew F. Tibble (IL Bar No. 6282175)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone:    (312) 578-7422
Fax:          (312) 346-8242
E-Mail: jsipchen@pretzel-stouffer.com
*Attorneys for Defendant,*
*Metal Resources, Inc.*