# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| G. M. SIGN, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>METAL RESOURCES, INC.,<br><br>　　　　　　　Defendant. | No. 08 CV 4919<br><br>Judge Manning<br>Magistrate Judge Keys |

## NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 for the United States District Court, Northern District of Illinois, Plaintiff, G.M. SIGN, INC., by and through its attorney, Brian J. Wanca, hereby states that Plaintiff has no publicly held affiliates.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　s/Brian J. Wanca
　　　　　　　　　　　　　　　　　　Brian J. Wanca
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff




Brian J. Wanca　　　　　　　　　　　　　Phillip A. Bock
ANDERSON + WANCA　　　　　　　　　BOCK & HATCH, LLC
3701 Algonquin Road, Suite 760　　　　　134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL  60008　　　　　　　Chicago, IL  60602
Telephone:  847/368-1500　　　　　　　　Telephone:  312/658-5500

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


                                      s/Brian J. Wanca

Brian J. Wanca  
ANDERSON + WANCA  
3701 Algonquin Road, Suite 760  
Rolling Meadows, IL  60008  
Telephone:  847/368-1500

Phillip A. Bock  
BOCK & HATCH, LLC  
134 N. LaSalle Street, Suite 1000  
Chicago, IL  60602  
Telephone:  312/658-5500

2