535-064475                              JJS:jmc                              #397

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| G.M. SIGN, INC., an Illinois corporation, individually, and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  08 CV 4919 |
| METAL RESOURCES, INC. | ) ) ) | Judge Manning Magistrate Judge Keys |
| Defendant. | ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 AND NOTIFICATION OF AFFILIATES PURSUANT TO LR 3.2**

Defendant, Metal Resources, Inc., by its attorneys, pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, hereby submits this Corporate Disclosure Statement and Notification of Affiliates and states that it has no parent corporations and no publicly held affiliates.

Respectfully submitted,

METAL RESOURCES, INC.


By:      /s/ James J. Sipchen
          One of its attorneys

James J. Sipchen (IL Bar No. 6226113)
Matthew F. Tibble (IL Bar No. 6282175)
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, IL 60606
(312) 346-1973
jsipchen@pretzel-stouffer.com
mtibble@pretzel-stouffer.com

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant, Metal Resources, Inc.'s Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 and Notification of Affiliates Pursuant to LR 3.2 was filed electronically this 2nd day of September, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by U.S. Mail (only where indicated below). Parties may access this filing through the Court's electronic system.

Brian J. Wanca
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
bwanca@andersonwanca.com

Phillip A. Bock
Bock & Hatch, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602

                                        s/ James J. Sipchen
                                        James J. Sipchen (IL Bar No. 6226113)
                                        Matthew F. Tibble (IL Bar No. 6282175)
                                        Pretzel & Stouffer, Chartered
                                        One South Wacker Drive - Suite 2500
                                        Chicago, Illinois 60606
                                        Telephone:   (312) 578-7422
                                        Fax:   (312) 346-8242
                                        E-Mail: jsipchen@pretzel-stouffer.com
                                        *Attorneys for Defendant,*
                                        *Metal Resources, Inc.*