IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| G. M. SIGN, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) No. 08 CV 4919 |
| v. | ) ) Judge Manning |
| METAL RESOURCES, INC., | ) Magistrate Judge Keys ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, G. M. SIGN, INC., hereby files a voluntary dismissal with prejudice of the Class Action Complaint against Defendant, METAL RESOURCES, INC., as allowed under Federal Rules of Civil Procedure 41(a)(1).

          Respectfully submitted,

          G. M. SIGN, INC., individually and as the representative of a class of similarly-situated persons

          By:    s/Brian J. Wanca
                        One of Plaintiff's Attorneys

Brian J. Wanca                               Phillip A. Bock
ANDERSON + WANCA                BOCK & HATCH, LLC
3701 Algonquin Road, Suite 760      134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL 60008             Chicago, IL 60602
Telephone: 847/368-1500              Telephone: 312/658-5500

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2008, I electronically filed this Notice of Voluntary Dismissal with Prejudice using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                              s/Brian J. Wanca
                                              Brian J. Wanca
                                              Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |